UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



Felix Corporan Cuevas
Petitioner,
v.
United States of America
Respondent,

CASE NUMBER: 98-1189 (HL)

## JUDGMENT

The Court hereby dismisses this case as untimely.

Date 3/31/00

HECTOR M. LAFFITTE
Chief U.S. District Judge



Rec'd:          EOD:

By:             #